IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| PATRICIA H. WALDREN, *Plaintiff,* <br> v. <br> COMMISSIONER OF SOCIAL SECURITY, *Defendant.* | CIVIL ACTION NO. 6:13-CV-00053 <br><br> O R D E R <br><br> NORMAN K. MOON <br> UNITED STATES DISTRICT JUDGE |

I referred this case to United States Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition. The parties filed cross-motions for summary judgment, and Judge Ballou subsequently conducted a hearing and filed a Report and Recommendation ("Report") recommending that the Commissioner's motion for summary judgment be granted and that Plaintiff's motion for summary judgment be denied. After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I **ADOPT** the Report (docket no. 16) in its entirety. Accordingly, the Commissioner's motion for summary judgment (docket no. 11) is **GRANTED**; Plaintiff's motion for summary judgment (docket no. 9) is **DENIED**; the Commissioner's final decision in this case is **AFFIRMED**; and this action is **DISMISSED** from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so **ORDERED**.

**ENTERED** this 23rd day of December, 2014.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE